No. 559. THOMSON ET AL. *v.* CARMAN ET AL. Sup. Ct. Cal. Certiorari denied. *Alexander H. Schullman* for petitioners. *Michael G. Luddy* for Carman et al., *Charles G. Bakaly, Jr.,* for Association of Motion Picture Producers, Inc., et al., respondents.

No. 560. LAVERICK *v.* UNITED STATES; and

No. 563. SCHAEFFER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *George Elias, Jr.,* for petitioner in No. 560. *Frederic C. Ritger, Jr.,* for petitioner in No. 563. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States. Reported below: 348 F. 2d 708.

No. 561. BROWN *v.* THOMPSON, JUDGE, ET AL. Sup. Ct. App. W. Va. Certiorari denied. *Stanley E. Preiser* and *Arthur T. Ciccarello* for petitioner.

No. 570. VICTORIA MUTUAL WATER Co. *v.* PUBLIC UTILITIES COMMISSION OF CALIFORNIA. Sup. Ct. Cal. Certiorari denied. *Murray M. Chotiner* for petitioner. *Mary Moran Pajalich* for respondent.

No. 575. KEEBLE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Harold Gruenberg* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.

No. 577. METAL PRODUCTS WORKERS UNION LOCAL 1645, UAW–AFL–CIO, ET AL. *v.* TORRINGTON Co. C. A. 2d Cir. Certiorari denied. *Jerome S. Rubenstein* for petitioners. *William J. Larkin II, Jay S. Siegel* and *C. E. Harwood* for respondent.